IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOEL PADIN, an individual;<br><br>    Plaintiff,<br><br>vs.<br><br>NOVARTIS CONSUMER HEALTH, INC., a Foreign corporation;<br><br>    Defendant. | 8:14CV120<br><br>**ORDER** |

  IT IS ORDERED that the motion to continue, (Filing No. 37), is granted, and the progression order is amended as follows:

  1) To accommodate the deposition of John Peppmuller, the deposition deadline is extended August 14, 2015.

  2) The dispositive motion deadline is extended to August 28, 2015.

  3) The jury trial of this case is set to commence before John M. Gerrard, United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on January 4, 2016, or as soon thereafter as the case may be called, for a duration of five (5) trial days.  This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.  Jury selection will be held at the commencement of trial.

  4) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on December 15, 2015 at 1:00 p.m., and will be conducted by WebEx conferencing.  The instructions and codes for participating in the pretrial conference by WebEx have been provided to counsel by text order, (Filing No. 36).  The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on December 14, 2015.

July 13, 2015.

                    BY THE COURT:

                    *s/ Cheryl R. Zwart*
                    United States Magistrate Judge