IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOEL PADIN, an individual;<br><br>        Plaintiff,<br><br>vs.<br><br>NOVARTIS CONSUMER HEALTH, INC., a Foreign corporation;<br><br>        Defendant. | 8:14CV120<br><br>**ORDER** |

A settlement conference has been scheduled for January 5, 2016. Accordingly, the pretrial conference scheduled for December 15, 2015, and the trial scheduled for January 4, 2016, are continued pending further order of the court.

December 2, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge